```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02882
    CHRISTOPHER DANIELS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9870

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 02/08/2008 and was confirmed 04/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
NATIONWIDE LOAN            UNSEC W/INTER     3469.04          80.06        189.29
CAPITAL ONE                UNSEC W/INTER      496.06           9.91         15.49
TARGET NATIONAL BANK       UNSEC W/INTER      782.66          18.07         42.70
USA PAYDAY LOANS           UNSEC W/INTER     2580.51          59.54        140.81
PORTFOLIO RECOVERY         UNSEC W/INTER     3985.18          91.96        217.47
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     2599.60          59.98        141.86
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     2618.71          60.45        142.89
US BANK/RETAIL PAYMENT     UNSEC W/INTER      318.78           6.37          9.96
500 FAST CASH              UNSEC W/INTER   NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER     1795.16          29.46         97.42
ECAST SETTLEMENT CORP      UNSEC W/INTER     3811.91          62.55        208.00
CACH                       UNSEC W/INTER   NOT FILED            .00           .00
CASHCALL INC               UNSEC W/INTER   NOT FILED            .00           .00
CASHCALL INC               UNSEC W/INTER   NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER      564.99          14.93         29.01
ECAST SETTLEMENT CORP      UNSEC W/INTER     2195.08          50.67        119.77
HSBC NV/GM CARD            UNSEC W/INTER   NOT FILED            .00           .00
PAYDAY ONE                 UNSEC W/INTER   NOT FILED            .00           .00
US FAST CASH               UNSEC W/INTER   NOT FILED            .00           .00
WRIGLEY FACTORY C U        UNSEC W/INTER   NOT FILED            .00           .00
MICHAEL KOPOT              NOTICE ONLY     NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      900.76          20.80         49.15
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     4621.91         106.65        252.20
LEGAL HELPERS PC           DEBTOR ATTY       2,749.00                     2,749.00
TOM VAUGHN                 TRUSTEE                                          441.28
DEBTOR REFUND              REFUND                                            23.62

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,541.32

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02882 CHRISTOPHER DANIELS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        1,656.02
    INTEREST                                                       671.40
ADMINISTRATIVE                                                   2,749.00
TRUSTEE COMPENSATION                                               441.28
DEBTOR REFUND                                                       23.62
                                       ---------------     ---------------
TOTALS                                       5,541.32            5,541.32
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/25/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 08 B 02882 CHRISTOPHER DANIELS